**Form 3015-1 - Chapter 13 Plan**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:
**John Marvin Bentley
Marilyn Jean Bentley**

**CHAPTER 13 PLAN - MODIFIED**

Dated: **September 23, 2010**

DEBTOR
Case No. **10-60945**

*In a joint case,
debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE —**
   a. As of the date of this plan, the debtor has paid the trustee $ **0.00** .
   b. After the date of this plan, the debtor will pay the trustee $ **275.00** per **Month** for **36** months, beginning within 30 days after the order for relief for a total of $ **9,900.00** . The minimum plan payment length is **X** 36 or ___ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee ___
   d. The debtor will pay the trustee a total of $ **9,900.00** [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE —** The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **990.00** , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)] —** The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| *Creditor* | *Monthly Payment* | *Number of Months* | *Total Payments* |
|---|---|---|---|
| **-NONE-** | $ | | $ |
| a. TOTAL | | | $ 0.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365] —** The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| *Creditor* | *Description of Property* |
|---|---|
| **-NONE-** | |

5. **CLAIMS NOT IN DEFAULT —** Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| *Creditor* | *Description of Property* |
|---|---|
| a. **Ditech.com** | **Debtor's Residence: Homestead Real Property located at 17012 5th Avenue NW, Rice MN, Single Family Residence legally described as follows:**<br><br>**Lot One (1), of Block One (1), In Warnert Addition Plat No. 2, according to the plat and survey th** |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)] —** The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

| *Creditor* | *Amount of Default* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
|---|---|---|---|---|---|
| a. **GMAC** | $ **720.48** | $ **20.01** | **1** | **36** | $ **720.36** |
| b. TOTAL | | | | | $ **720.36** |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

   | Creditor | Amount of Default | Int. rate (if applicable) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
   |---|---|---|---|---|---|---|
   | -NONE- | $ | $ | | | $ | |
   | **a.** TOTAL | | | | | | $ 0.00 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

   | Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) x (No. of Pmnts) = | Pmnts on Account of Claim + | (Adq. Prot. from ¶ 3) = | TOTAL PAYMENTS |
   |---|---|---|---|---|---|---|---|---|
   | -NONE- | $ | $ | | $ | | $ | $ | $ |
   | **a.** TOTAL | | | | | | | | $ 0.00 |

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

   | Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
   |---|---|---|---|---|---|
   | **a.** Attorney Fees | $ 2,500.00 | $ 227.27 | 1 | 11 | $ 2,500.00 |
   | **b.** TOTAL | | | | | $ 2,500.00 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: **-NONE-**
    The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

    | Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
    |---|---|---|---|---|---|---|
    | -NONE- | | | | | | $ |
    | **a.** TOTAL | | | | | | $ 0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **5,689.64**  [line 1(d) minus lines 2, 6(b), 7(a), 8(a), 9(b) and 10(a)].

    a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **0.00** .

    b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **98,361.00** .

    c. Total estimated unsecured claims are $ **98,361.00**  [line 11(a) + line 11(b)].

12. **OTHER PROVISIONS** —

    **Title in any secured property will vest in Debtor upon payment of the secured portion of the creditor's claim and Debtor's Discharge. Debtor shall receive a discharge upon completion of the scheduled plan payments or upon payment of 100% of timely filed unsecured claims, whichever occurs first.  Trustee shall not pay any untimely filed general unsecured creditors (excluding taxing authorities).  Claims filed as secured but for which the plan makes no express provision shall be paid as unsecured claims as set forth in Paragraph 11 above.**

    **A proof of claim may be filed by any entity that holds a claim against the debtor for taxes that become payable to a governmental unit while the case is pending and the trustee shall pay such claim as submitted as funds are available pursuant to 11 U.S.C. Statute 1305.**

## 13. SUMMARY OF PAYMENTS —

| | | |
|---|---|---:|
| Trustee's Fee [Line 2] | $ | **990.00** |
| Home Mortgage Defaults [Line 6(b)] | $ | **720.36** |
| Claims in Default [Line 7(a)] | $ | **0.00** |
| Other Secured Claims [Line 8(a)] | $ | **0.00** |
| Priority Claims [Line 9(b)] | $ | **2,500.00** |
| Separate Classes [Line 10(a)] | $ | **0.00** |
| Unsecured Creditors [Line 11] | $ | **5,689.64** |
| **TOTAL [must equal Line 1(d)]** | $ | **9,900.00** |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
**Wesley W. Scott 0264787**
**Lund Kain Scott, PA**
**13 7th Ave. S**
**St. Cloud, MN 56301**
**320-252-0330**
**0264787**

Signed **/s/ John Marvin Bentley**
**John Marvin Bentley**
DEBTOR

Signed **/s/ Marilyn Jean Bentley**
**Marilyn Jean Bentley**
DEBTOR (if joint case)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                    Bkty. Case No: 10-60945

John Marvin Bentley
Marilyn Jean Bentley,
        Debtors.


**NOTICE OF CONFIRMATION HEARING**


PLEASE TAKE NOTICE that the Confirmation Hearing on the Chapter 13 Plan is scheduled October 26, 2010 at 10:00 a.m., at the U.S. Bankruptcy Court, 205 PO Building, Courtroom 2, 118 South Mill Street, Fergus Falls, Minnesota 56537.


Dated this 28th day of September, 2010.


                                          LUND KAIN & SCOTT

                                          /e/ WESLEY W. SCOTT - #0264787

                                          Attorney for Debtor
                                          13 South Seventh Avenue
                                          St. Cloud, Minnesota 56301
                                          (320)252-0330

UNITED STATES BANKRUPTCY COURT
District of Minnesota

Case No: 10-60945

In re: John Marvin Bentley
      Marilyn Jean Bentley

      Debtors

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the Notice of Confirmation Hearing and Modified Chapter 13 Plan were mailed to all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail on September 28, 2010.

Date: September 28, 2010

                                                  /e/ WESLEY W. SCOTT - #0264787

**EXHIBIT**

AMERICAN EXPRESS
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355


ASSOCIATES/CITIBANK
ATTN: CENTRALIZED BANKRUPTCY
7255 BAYMEADOWS WAY
JACKSONVILLE FL 32256


BANK OF AMERICA
ATTN: BANKRUPTCY NC4-105-03-14
PO BOX 26012
GREENSBORO NC 27410


CAPITAL ONE, N.A.
C/O AMERICAN INFOSOURCE
PO BOX 54529
OKLAHOMA CITY OK 73154


CARD SERVICES
4 W LAS OLAS BOULEVARD STE 203
FORT LAUDERDALE FL 33301

CHASE
PO BOX 15298
WILMINGTON DE 19850

```
CITIBANK SD, NA
ATTN: CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY MO 64195


DISCOVER FINANCIAL
BANKRUPTCY DEPARTMENT
PO BOX 3025
NEW ALBANY OH 43054


DITECH.COM
ATTN: BANKRUPTCY
1100 VIRGINIA DR
FORT WASHINGTON PA 19034


FIRSTMARK
POB 25410
WOODBURY MN 55125


GEMB/JCP
ATTENTION:  BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076


GEMB/QVC
ATTENTION: BANKRUPTCY
PO BOX 103101
ROSWELL GA 30076
```

```
GMAC
ATTENTION:  BANKRUPTCY DEPT.
1100 VIRGINIA DRIVE
FORT WASHINGTON PA 19034
```

HSBC BANK
ATTN: BANKRUPTCY
PO BOX 5253
CAROL STREAM IL 60197


HSBC BANK NEVADA NA
BASS & ASSOCIATES
3936 E FT LOWELL RD  STE 200
TUCSON AZ 85712


KOHLS
ATTN: RECOVERY DEPT
PO BOX 3120
MILWAUKEE WI 53201


SEARS/CBSD
PO BOX 6189
SIOUX FALLS SD 57117


SHAPIOR & ZIELKE
12550 W FRONTAGE RD
SUITE 200
BURNSVILLE MN 55337


US BANK HOGAN LOC
PO BOX 5227
CINCINNATI OH 45201

US BANK/NA ND
ATTN: BANKRUPTCY DEPT
PO BOX 5229
CINCINNATI OH 45201

```
VISDSNB
ATTN: BANKRUPTCY
PO BOX 8053
MASON OH 45040


WELLS FARGO
PO BOX 60510
LOS ANGELES CA 90060
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
    **John Marvin Bentley**
    **Marilyn Jean Bentley**
        Debtor(s).

**SIGNATURE DECLARATION**

Case No. **10-60945**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 9-24-10

X _____
   Signature of Debtor or Authorized Representative

**John Marvin Bentley**
Printed Name of Debtor or Authorized Representative

X _____
   Signature of Joint Debtor

**Marilyn Jean Bentley**
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy